394 P.2d 282

**Donald J. ELKINS, Petitioner,**

v.

**Norman HODGES, appointed as District Judge for the First Judicial District, State of New Mexico, sitting at Gallup, New Mexico, Respondent.**

**No. 7712.**

Supreme Court of New Mexico.

Sept. 22, 1964.

## ORDER MAKING WRIT OF PROHIBITION PERMANENT.

Ordered that the writ heretofore issued herein be, and the same is made permanent.

394 P.2d 282

**Carl C. WEDDLE, Petitioner,**

v.

**Harold A. COX, Warden, Respondent.**

**No. 129 HC.**

Supreme Court of New Mexico.

Aug. 13, 1964.

PER CURIAM:

Ordered that petitioner be and he is hereby allowed free process herein.

Further ordered that the petition for writ of habeas corpus be and the same is hereby denied for failure of petitioner to exhaust district court remedy.

394 P.2d 282

**James E. RADOSEVICH, Petitioner,**

v.

**Norman HODGES, appointed as District Judge for the First Judicial District, State of New Mexico, sitting at Gallup, New Mexico, Respondent.**

**No. 7713.**

Supreme Court of New Mexico.

Sept. 22, 1964.

## ORDER MAKING WRIT OF PROHIBITION PERMANENT.

Ordered that the writ heretofore issued herein be, and the same is made permanent.